CORNELIUS v. CRUG et al.

(Supreme Court, General Term, Second Department. May 14, 1888.)

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.
William J. Stanford, for appellants.   E. L. Frost, for respondent.

No opinion.  Judgment affirmed for non-submission of papers according to stipulation.

---

GREGORY v. HOLCRAFT.

(Supreme Court, General Term, Second Department. May 14, 1888.)

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.
R. E. & A. C. Prime, for plaintiff.   John Fleming, for defendant.

No opinion.  Order affirmed, with costs, for non-service of papers.